Douglas E. Kirkman (State Bar No. 53892)
dkirkman@wkblaw.com
David A. Scharlach (State Bar No. 75000)
dscharlach@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:   (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for Defendants
Kobra Associates, Inc., et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL BANK OF ARIZONA, a National Banking Assoication<br><br>Plaintiff,<br><br>v.<br><br>KOBRA ASSOCIATES, INC., a California corporation; FOOD SERVICE MANAGEMENT, INCORPORATED, a California corporation; ABOLGHASSEM ALIZADEH, a married man dealing with his sole and separate property; KOBRA ALIZADEH, an unmarried woman; AUSTIN F. WALLESTAD, an unmarried man; and UNKNOWN JUNION LIEN HOLDERS, and DOES 1-50 INCLUSIVE<br><br>Defendants. | Case No.:  2:08-CV-02998-GEB-GGH<br><br>**STIPULATION TO FILE ANSWER TO COMPLAINT AND [PROPOSED] ORDER**<br><br>Judge:  The Honorable Garland E. Burrell |

Plaintiff, NATIONAL BANK OF ARIZONA, a National Banking Association ("National Bank") and Defendants, KOBRA ASSOCIATES, INC., a California corporation; FOOD SERVICE MANAGEMENT, INCORPORATED, a California corporation; ABOLGHASSEM ALIZADEH, KOBRA ALIZADEH, AUSTIN F. WALLESTAD, ("Defendants"), through their attorney of records stipulate as follows:

I.   It is agreed by the parties that Defendants shall have up to and including January 20, 2009, to file their responsive pleading to National Bank's Complaint in this matter.

{09000.DEK / 00407852.DOC.1}   1
STIPULATION TO FILE ANSWER TO COMPLAINT AND [PROPOSED] ORDER

II. Facsimile or email signature of this stipulation will have the same binding effect as the original.

**IT IS SO STIPULATED:**

**GREENBERG TRAURIG, LLP**

Dated: January___, 2009     By: _____
KATHLEEN E. FINNERTY, Attorney
For National Bank of Arizona

**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**

DATED: January___, 2009     By: _____
DOUGLAS E. KIRKMAN,
Attorney for Defendants, KOBRA ASSOCIATES, INC., FOOD SERVICE MANAGEMENT, INCORPORATED, ABOLGHASSEM ALIZADEH, KOBRA ALIZADEH, AUSTIN F. WALLESTAD

**IT IS SO ORDERED:**

Date: 1/20/09    _____
JUDGE GARLAND E. BURRELL

{09000.DEK / 00407852.DOC.1}   2
STIPULATION TO FILE ANSWER TO COMPLAINT AND [PROPOSED] ORDER