Douglas E. Kirkman (State Bar No. 53892)
dkirkman@wkblaw.com
David A. Scharlach (State Bar No. 75000)
dscharlach@wkblaw.com
**WAGNER KIRKMAN BLAINE**
**KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:     (916) 920-5286
Facsimile:     (916) 920-8608

Attorneys for Defendants
Kobra Associates, Inc., et al.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL BANK OF ARIZONA, a National Banking Assoication | Case No.:  2:08-CV-02998-GEB-GGH |
| Plaintiff, | **SECOND AMENDED STIPULATION TO FILE ANSWER TO COMPLAINT AND [PROPOSED] ORDER** |
| v. | |
| KOBRA ASSOCIATES, INC., a California corporation; FOOD SERVICE MANAGEMENT, INCORPORATED, a California corporation; ABOLGHASSEM ALIZADEH, a married man dealing with his sole and separate property; KOBRA ALIZADEH, an unmarried woman; AUSTIN F. WALLESTAD, an unmarried man; and UNKNOWN JUNION LIEN HOLDERS, and DOES 1-50 INCLUSIVE | Judge:  The Honorable Garland E. Burrell |
| Defendants. | |

Plaintiff, NATIONAL BANK OF ARIZONA, a National Banking Association ("National Bank") and Defendants, KOBRA ASSOCIATES, INC., a California corporation; FOOD SERVICE MANAGEMENT, INCORPORATED, a California corporation; ABOLGHASSEM ALIZADEH, KOBRA ALIZADEH, AUSTIN F. WALLESTAD, ("Defendants"), through their attorney of records stipulate as follows:

I.       It is agreed by the parties that Defendants shall have up to and including January 26, 2009, to file their responsive pleading to National Bank's Complaint in this matter.

10640 Mather Blvd., Suite 200, Mather, CA 95655
Phone (916) 920-5286  Fax (916) 920-8608
WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
Attorneys at Law

1     II.     Facsimile or email signature of this stipulation will have the same binding effect

2  as the original.

3  **IT IS SO STIPULATED:**

                                 **GREENBERG TRAURIG, LLP**

5  Dated:  January 22, 2009     By:   /s/ Kathleen E. Finnerty

6                                   KATHLEEN E. FINNERTY, Attorney

                                   For National Bank of Arizona

8                                 **WAGNER KIRKMAN BLAINE**
                                 **KLOMPARENS & YOUMANS LLP**

10  DATED:  January 22, 2009    By:   /s/ Douglas E. Kirkman

11                                 DOUGLAS E. KIRKMAN,

12                                 Attorney for Defendants, KOBRA
                                 ASSOCIATES, INC., FOOD SERVICE

13                                 MANAGEMENT, INCORPORATED,
                                 ABOLGHASSEM ALIZADEH, KOBRA

14                                 ALIZADEH, AUSTIN F. WALLESTAD

16  **IT IS SO ORDERED:**

18  Dated: January 23, 2009

21  GARLAND E. BURRELL, JR.
     United States District Judge

WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
Attorneys at Law
10640 Mather Blvd., Suite 200, Mather, CA 95655
Phone: (916) 920-5286  Fax: (916) 920-8608