IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
NATIONAL BANK OF ARIZONA, a        )
national banking association,      )   2:08-cv-02998-GEB-GGH
                                   )
           Plaintiff,              )
                                   )
     v.                            )
                                   )
KOBRA ASSOCIATES, INC., a          )
California corporation;  FOOD      )
SERVICE MANAGEMENT, a California   )
Corporation;  ABOLGHASSEM ALIZADEH,)
a married man dealing with his sole)
and separate property;  KOBRA      )
ALIZADEH, an unmarried woman;      )
AUSTIN F. WALLESTAD, an unmarried  )
MAN,                               )
                                   )
           Defendants.             )
_____)
```

        The proposed order filed on July 10, 2009, to shorten time for the hearing on August 17, 2009, will not be signed because justification for the order has not been provided, and the judge is not available for hearing at the request time.

Dated: July 13, 2009

                                              _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge