```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


NATIONAL BANK OF ARIZONA, a          )   2:08-cv-02998-GEB-GGH
national banking association,        )
                                     )
                Plaintiffs,          )
                                     )   RELATED CASE ORDER
        v.                           )
                                     )
KOBRA ASSOCIATES, INC., a            )
California corporation; FOOD         )
SERVICE MANAGEMENT, INCORPORATED,    )
a California corporation;            )
ABOLGHASSEM ALIZADEH, a married      )
man dealing with his sole and        )
separate property; KOBRA ALIZADEH,   )
an unmarried woman; AUSTIN F.        )
WALLESTAD, an unmarried man,         )
SIERRA VALLEY RESTAURANTS, INC.;     )
and UNKNOWN JUNIOR LIEN HOLDERS AS   )
DOES 1-50, inclusive,                )
                                     )
                Defendants.          )
_____)
                                     )
VISTAR CORPORATION, a Colorado       )   2:09-cv-02220-FCD-DAD
corporation,                         )
                                     )
                Plaintiff,           )
                                     )
        v.                           )
                                     )
SIERRA VALLEY RESTAURANTS, INC., a   )
corporation doing business as Jack   )
in the Box; CENTRAL VALLEY           )
FOODSERVICE, INC., a corporation     )
doing business as Jack in the Box;   )
FOODSERVICE MANAGEMENT, INC., a      )
corporation doing business as Jack   )
in the Box; KOBRA ASSOCIATES, INC.,  )
a corporation doing business as      )
Jack in the Box; and ABE ALIZADEH,   )
an individual,                       )
                                     )
                Defendants.          )
_____)
```

Today, I was informed about an application for a temporary restraining order filed in the above caption case, which has case number 09-cv-0220. At the time I received this information, no notice of related case document had been filed as required by the local rule, even though the action was filed yesterday. However, at 2:37 p.m. today (August 12, 2009), Plaintiff Vistar Corporation filed a Notice of Related case document.

Since the above-captioned actions are related within the meaning of Local Rule 83-123(a), CIV NO. S-09-0220 FCD DAD is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Greg G. Hollows. Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB GGH." Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Further, any dates currently set in this reassigned case only are VACATED and the parties in the reassigned case are referred to the Order Setting Status (Pretrial Scheduling) Conference that the Clerk of the Court shall issue. The Clerk of the Court shall also make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: August 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge