```
                     IN THE UNITED STATES DISTRICT COURT

                    FOR THE EASTERN DISTRICT OF CALIFORNIA


NATIONAL BANK OF ARIZONA, a         )   2:08-cv-02998-GEB-GGH
national banking association,       )
                                    )
                Plaintiffs,         )
                                    )   ORDER
          v.                        )
                                    )
KOBRA ASSOCIATES, INC., a           )
California corporation; FOOD        )
SERVICE MANAGEMENT, INCORPORATED,   )
a California corporation;           )
ABOLGHASSEM ALIZADEH, a married     )
man dealing with his sole and       )
separate property; KOBRA ALIZADEH,  )
an unmarried woman; AUSTIN F.       )
WALLESTAD, an unmarried man,        )
SIERRA VALLEY RESTAURANTS, INC.;    )
and UNKNOWN JUNIOR LIEN HOLDERS AS  )
DOES 1-50, inclusive,               )
                                    )
                Defendants.         )
_____ )
                                    )
VISTAR CORPORATION, a Colorado      )   2:09-cv-02220-GEB-GGH
corporation,                        )
                                    )
                Plaintiff,          )
                                    )
          v.                        )
                                    )
SIERRA VALLEY RESTAURANTS, INC., a  )
corporation doing business as Jack  )
in the Box; CENTRAL VALLEY          )
FOODSERVICE, INC., a corporation    )
doing business as Jack in the Box;  )
FOODSERVICE MANAGEMENT, INC., a     )
corporation doing business as Jack  )
in the Box; KOBRA ASSOCIATES, INC., )
a corporation doing business as     )
Jack in the Box; and ABE ALIZADEH,  )
an individual,                      )
                                    )
                Defendants.         )
```

1  _____)
2          The National Bank of Arizona's request to intervene in
3  <u>Vistar Corporation v. Sierra Valley Restaurant</u> (Docket No. 30) is
4  granted.  Additionally, a further hearing is also scheduled to
5  commence at 9:00 a.m. on September 28, 2009 on National Bank of
6  Arizona's motion for appointment of a receiver and motion for a
7  preliminary injunction.
8  Dated:  September 2, 2009

10                              _____
                                GARLAND E. BURRELL, JR.
11                              United States District Judge