IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
NATIONAL BANK OF ARIZONA,        )
                                 )    2:08-cv-02998-GEB-GGH
          Plaintiff,             )
                                 )
     v.                          )    ORDER TO SHOW CAUSE
                                 )
KOBRA ASSOCIATES, INC.; FOOD     )
SERVICE MANAGEMENT, INC.;        )
ABOLGHASSEM ALIZADEH; KOBRA      )
ALIZADEH; and AUSTIN F.          )
WALLESTAD,                       )
                                 )
          Defendants.            )
_____)
```

        No defendant appeared at the final pretrial conference held on July 25, 2011; therefore, each defendant is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on August 5, 2011, why sanctions should not be imposed against him, her and/or his or her counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to appear at the final pretrial conference.

        Each defendant is warned that the sanction imposed could include striking any pleading defendants filed, and an order authorizing plaintiff to prosecute its case against defendants as a default matter, since it appears that defendants have abandoned defending against plaintiff's claims and consent to having an adverse judgment entered against them.

1

The written response to the OSC shall state whether a hearing is requested on the OSC. If a hearing is requested, it will be held on August 12, 2011, at 11:00 a.m.

IT IS SO ORDERED.

Dated: July 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

The written response to the OSC shall state whether a hearing is requested on the OSC.  If a hearing is requested, it will be held on August 12, 2011, at 11:00 a.m.

IT IS SO ORDERED.

Dated: July 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge