KEVIN T. COLLINS (SBN 185427), collinskt@gtlaw.com.
M. THERESA TOLENTINO MEEHAN (SBN 204112), meehant@gtlaw.com
STEPHEN E. PAFFRATH (SBN 195932), paffraths@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Plaintiff
National Bank of Arizona

PAUL ANTHONY WARNER (SBN 112168), pwarner@pacdining.com
Attorney at Law
3001 Lava Ridge Court, Suite 300
Roseville, CA 95661-2838
Telephone:  (916) 746-0645
Facsimile:  (916) 746-0612

Attorney for Defendants
Abolghassem Alizadeh and Kobra Alizadeh

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BANK OF ARIZONA, a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>KOBRA ASSOCIATES, INC., a California corporation;<br>SIERRA VALLEY RESTAURANTS, INC., a California corporation;<br>FOOD SERVICE MANAGEMENT, INCORPORATED, a California corporation;<br>ABOLGHASSEM ALIZADEH, a married man dealing with his sole and separate property;<br>KOBRA ALIZADEH, an unmarried woman;<br>AUSTIN F. WALLESTAD, an unmarried man; and<br>UNKNOWN JUNIOR LIEN HOLDERS AS DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.  2:08-cv-02998-GEB-GGH<br><br>**STIPULATED JUDGMENT AGAINST ABOLGHASSEM  ALIZADEH AND KOBRA ALIZADEH** |

1   Based upon the Stipulation for Entry of Judgment between Plaintiff NATIONAL BANK OF ARIZONA ("NBA") and Defendants ABOLOGHASSEM ALIZADEH and KOBRA ALIZADEH (jointly, the Alizadehs"), attached hererto as Exhibit "A".

IT IS HEREBY ORDERED ADJUDGED and DECREED as follows:

1. NBA shall have judgment against the Alizadehs in the amount of $4,500,000.00;

2. In the event that the Alizadehs pay $2,500,000.00 within 12 months of the date of entry of this stipulated judgment, said payment shall be deemed full satisfaction of the Alizadehs' obligations hereunder.

3. Notwithstanding the above, NBA is under no obligation to accept funds from the Alizadehs unless and until they identify and document, to the satisfaction of NBA, the source of any funds to be paid and provide evidence that the funds are not subject to any local, state or federal taxing authorities and not subject to a preference action in any bankruptcy court; and

4. In the event NBA is required to enforce the terms of this stipulated judgment, NBA will be entitled to reasonable attorneys' fees and costs incurred as a result of any enforcement proceeding as determined by a Court.

IT IS SO ORDERED.

Dated:   September 1,  2011

_____
GARLAND E. BURRELL, JR.
United States District Judge