1  STEPHEN E. PAFFRATH (SBN 195932), paffraths@gtlaw.com
   GREENBERG TRAURIG, LLP
2  1201 K Street, Suite 1100
   Sacramento, CA  95814-3938
3  Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
4
   Attorneys for Plaintiff
5  National Bank of Arizona

6

7

8                UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  NATIONAL BANK OF ARIZONA, a national banking association, | CASE NO.  2:08-cv-02998-GEB-GGH |
| 12  Plaintiff, | **REQUEST RE DISMISSAL OF DEFENDANTS KOBRA ASSOCIATES, INC.; SIERRA VALLEY RESTAURANTS, INC.; AND FOOD SERVICE MANAGEMENT INCORPORATED AND [PROPOSED] ORDER** |
| 13  v. | |
| 14  KOBRA ASSOCIATES, INC., a California corporation; SIERRA VALLEY RESTAURANTS, INC., a California corporation; FOOD SERVICE MANAGEMENT, INCORPORATED, a California corporation; ABOLGHASSEM ALIZADEH, a married man dealing with his sole and separate property; KOBRA ALIZADEH, an unmarried woman; AUSTIN F. WALLESTAD, an unmarried man; and UNKNOWN JUNIOR LIEN HOLDERS AS DOES 1-50, inclusive, Defendants. | |

23

24       **IT IS HEREBY REQUESTED** by Plaintiff NATIONAL BANK OF ARIZONA

25  ("NBA"), that the remaining Defendants Kobra Associates Inc.; Sierra Valley Restaurants, Inc.;

26  and Food Service Management Incorporated (the "Corporate Defendants") be and are hereby

27  dismissed **WITHOUT PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil

28
Case No. 2:08-cv-02998-GEB-GGH
**REQUEST RE DISMISSAL OF DEFENDANTS KOBRA ASSOCIATES, INC.; SIERRA VALLEY RESTAURANTS, INC.; AND FOOD SERVICE MANAGEMENT INCORPORATED AND [PROPOSED] ORDER**

SAC 442,084,146 v1 071902.011800

1  Procedure.  The distribution of the assets of the Corporate Defendants to creditors, including
2  NBA, is being addressed in federal bankruptcy proceedings.  As a Stipulated Judgment has
3  been entered against Defendants ABOLGHASSEM ALIZADEH and KOBRA ALIZADEH,
4  and the claims against Defendant AUSTIN F. WALLESTAD have been termed, entry of
5  dismissal against the remaining Corporate Defendants will conclude this action.

Dated:  October 13, 2011                    GREENBERG TRAURIG, LLP

                                            By:/s/ Stephen E. Paffrath
                                                Stephen E. Paffrath
                                                Attorneys for Plaintiff
                                                National Bank of Arizona

**IT IS SO ORDERED.**

**Date:  10/24/2011**

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

Case No. 2:08-cv-02998-GEB-GGH
**REQUEST RE DISMISSAL OF DEFENDANTS KOBRA ASSOCIATES, INC.; SIERRA VALLEY RESTAURANTS, INC.; AND FOOD SERVICE MANAGEMENT INCORPORATED AND [PROPOSED] ORDER**

*SAC 442,084,146 v1 071902.011800*